UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SA CR 08-275 AHS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DETAINING DEFENDANT |
| | ) | PENDING TRIAL OR FURTHER ORDER |
| VINCENT DEAN MALICEK, JR. | ) | OF COURT |
| | ) | |
| Defendant. | ) | |
| | ) | |

**I.**

**PROCEDURAL BACKGROUND**

On October 3, 2008, defendant was named in a Criminal
Complaint, charging violation of 18 U.S.C. § 2113(a), (d) (armed
bank robbery).  A one-count Indictment charging the same offense
was filed on October 22, 2008.  Defendant made his initial
appearance in the Central District of California before
Magistrate Judge Goldman on October 6, 2008.  On that date,
Magistrate Judge Goldman ordered defendant detained.

On November 11, 2008, defendant filed a Motion for
Revocation of Detention Order.  On November 13, 2008, the Court
received an updated Pretrial Services Report, along with the

1   Report dated October 6, 2008, both recommending detention.   The

2   matter came before the Court for hearing on November 17, 2008.

**II.**

**FINDINGS IN SUPPORT OF DETENTION**

After hearing the proffers and arguments of counsel, and after consideration of defendant's motion, the Pretrial Services Report dated October 6, 2008, and the second Pretrial Services Report received on November 13, 2008, the Court ordered defendant detained.   The Court now enters its Findings of Fact and Conclusions of Law in support thereof.

The Court finds that the government has shown by a preponderance of the evidence that defendant poses a serious flight risk, and by clear and convincing evidence that defendant poses a danger to the community.   See United States v. Gerbo, 948 F.2d 1118, 1121 (9th Cir. 1991).   The Court further finds that no conditions of release, or combination of conditions, will reasonably assure the appearance of defendant or the safety of the community.   18 U.S.C. § 3142(e).   In making these findings, the Court has considered the nature and circumstances of the offense charged, the weight of evidence against defendant, the history and characteristics of defendant, and the nature and seriousness of the danger to any person or to the community.   Id. § 3142(g).   Specifically, the Court finds:

a.   The nature of defendant's offense and length of imprisonment defendant faces if he is convicted at trial in this case gives rise to a serious risk that defendant will flee.

b.   Although the Court has received updated information concerning defendant's resources for posting an

1    appearance bond, the Court finds theses resources inadequate and
2    inappropriate.

3         c.   Defendant's record and personal background, as
4    disclosed in the Pretrial Services Report and discussed at
5    hearing, also indicate that defendant is a serious flight risk.
6    Defendant's record includes a prior failure to appear and a
7    probation violation and revocation.  Defendant's various
8    addresses of record show lack of certainty of residence, and
9    defendant has been unemployed for the past eighteen months.
10   Prior to the instant charged offense, defendant was residing with
11   and being supported by his mother.  Finally, although defendant's
12   passport has been confiscated, defendant recently had plans to
13   travel abroad.

14        g.   The conduct of the charged offense, lack of
15   certainty of defendant's residence, lack of employment, prior
16   probation, and offense history raise concerns about defendant's
17   risk of danger to the community.

18        h.   Evidence of substance abuse and a firearm
19   registered in defendant's name also shows that defendant poses a
20   danger to the community.

21        For the foregoing reasons, the Court finds defendant
22   poses a serious risk of flight, poses a danger to the community,
23   and that no condition, or combination of conditions, can
24   reasonably assure the appearance of defendant or the safety of
25   the community.
26   //
27   //
28   //

**III.**

**CONCLUSION**

Accordingly and for the foregoing reasons, the Court orders defendant detained and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal and where defendant may be afforded reasonable opportunity for private consultation with counsel.

The Court further orders that, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver defendant to a United States Marshal for the purposes of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on counsel for all parties in this action.

Date:  November 19, 2008.


ALICEMARIE H. STOTLER
_____
ALICEMARIE H. STOTLER
CHIEF U.S DISTRICT JUDGE

# NOTICE PARTY SERVICE LIST

**Case No.** _____  **Case Title** _____

**Title of Document** _____

| | |
|---|---|
| | ADR |
| | BAP (Bankruptcy Appellate Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So  Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | MDL Panel |
| | Ninth Circuit Court of Appeal , Clerk |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service -  Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

**ADD NEW NOTICE PARTY (if sending by fax, mailing address must also be provided)**

Name:

Firm:

Address (*include suite or floor*):

*E-mail:

*Fax No.:

 * For CIVIL cases only

***JUDGE / MAGISTRATE JUDGE (list below):***

**Initials of Deputy Clerk** _____

G-75   (08/08)                              NOTICE PARTY SERVICE LIST